UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN SMYTH, ADMINISTRATOR OF THE :
ESTATE OF ROBERT R. SMYTH :
(DECEASED) :
         *Plaintiff*, :
    :
v.     :   C.A. No.: 16-cv-00205
    :
THE UNITED STATES OF AMERICA, :
         *Defendant*. :

## STIPULATION

It is hereby agreed by and between the Plaintiff and Defendant that the parties shall have **up to and including April 1, 2018,** to engage in fact discovery.

The parties also hereby agree and stipulate to the following discovery dates:

1. Plaintiff's will disclose experts by **May 1, 2018.**

2. Defendant's will disclose experts by **June 1, 2018.**

3. Any party can disclose rebuttal experts on or before **July 1, 2018.**

4. Expert discovery shall be completed by **August 1, 2018.**

| | |
|---|---|
| Plaintiffs<br>By their attorneys, | The United States of America<br>By their attorneys, |
| */s/ Zachary M. Mandell*<br>Zachary M. Mandell, Esq. (#8616)<br>MANDELL, SCHWARTZ & BOISCLAIR<br>One Park Row<br>Providence, R.I. 02903<br>(401) 273-8330<br>(401) 751-7830 – Fax | */s/ Leslie J. Kane*    1/25/18<br>Leslie J. Kane, Esq.<br>Assistant U.S. Attorney<br>50 Kennedy Plaza, 8th Floor<br>Providence, R.I. 02903<br>(401) 709-5000<br>(401) 709-5017 – Fax |

Dated: 1/25/18

## CERTIFICATION

I hereby certify that on January 25, 2018, I caused a true copy of the within document to be filed electronically with the Court's CM/ECF system with copies electronically forwarded to all counsel of record.

Leslie J. Kane, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
leslie.kane@usdoj.gov

Sean K. McElligott, Esq.
Koskoff Kosloff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
smcelligott@koskoff.com