UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN SMYTH, ADMINISTRATOR OF THE ESTATE OF ROBERT R. SMYTH (DECEASED) | : : : : | |
| Plaintiff | : : | |
| VS. | : : : | C.A. No. 1:16-cv-00205-JJM-LDA |
| THE UNITED STATES OF AMERICA | : | May 23, 2018 |
| Defendant | | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant in the above captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear their own attorney's fees, costs and expenses, and waiving any rights of appeal.

Defendant's counsel has reviewed this stipulation and has authorized Plaintiff's counsel to file it jointly.

**THE PLAINTIFF**

By   /s/   Sean K. McElligott
SEAN K. MCELLIGOTT
Federal Bar No.: ct 27030
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone No.: (203) 336-4421
Facsimile No.: (203) 368-3244
Email: smcelligott@koskoff.com

By   /s/   Zachary M. Mandell
ZACHARY M. MANDELL
Mandell, Schwarts & Boisclair
One Park Row
Providence, Rhode Island
Telephone No.: (401) 273-8330
Fax No.: (401) 751-7830
Email: zmandell@msb-atty.com

**THE DEFENDANT**

By   /s/   LESLIE J. KANE
Assistant U.S. Attorney
District of Rhode Island
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903
Telephone No.: (401) 709-5000
Fax No.: (401) 709-5017
Email: Leslie.Kane@usdoj.gov

## **CERTIFICATION OF SERVICE**

  I hereby certify that on the 23rd day of May, 2018, I electronically filed the Joint Stipulation of Dismissal with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. I have electronically forwarded a copy to the following:

Zachary M. Mandell, Esquire  
Mandell, Schwartz & Boisclair  
One Park Row  
Providence, Rhode Island 02903  

Attorney Leslie J. Kane  
Assistant U.S. Attorney  
50 Kennedy Plaza, 8th Floor  
Providence, Rhode Island 02903  

              **/s/  Sean K. McElligott**  
              **SEAN K. MCELLIGOTT**